Case 4:22-cv-03451   Document 8   Filed on 10/20/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY THOMPSON, #00153124, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-03451 |
| JOHN DOE #1, et al., | § § § | |
| Defendants. | § | |

## ORDER FOR A MARTINEZ REPORT

Plaintiff Roy Thompson (#00153124) is currently confined in the Fort Bend County Detention Center. He has filed this prisoner civil rights case under 42 U.S.C. § 1983, alleging that on or around January 28, 2022, he was beaten by two guards when he was a pretrial detainee at the Harris County Jail. Doc. No. 1 at 4. He names John Doe #1, John Doe #2, and the Harris County Sheriff's Office as defendants.

Thompson alleges that John Doe #1 and John Doe #2 "placed [him] in handcuffs and punched [him] in the face repeatedly" and that he was denied medical attention for three days, at which point x-rays showed that he had a double jaw fracture. *Id.* He alleges that he was sent to Ben Taub Hospital for an emergency surgery that lasted 9 hours and permanently scarred and rearranged his smile. *Id.* He claims that, at the time of the incident, no reports or statements were written, but that the video camera caught the incident on video. *See id.*

In order to discover the identities of the proper defendants, if any, and to determine whether the plaintiff has stated a claim requiring service of process, the Court **ORDERS** the **Harris County Attorney's Office**, as *amicus curiae*, to provide a report under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987), within **sixty (60) days** of the date of this Order. *See Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report). The *Martinez* Report shall include the following and shall be filed **under seal**:

1. Any and all of Roy Thompson's medical records at the Harris County Jail from January 28, 2022 until he was released from the Harris County Jail.

2. Any and all video footage of the incident in question that allegedly occurred at the Harris County Jail on or around January 28, 2022.

3. The full names of the guards (John Doe #1 and John Doe #2) who were involved in the January 28, 2022 incident with Thompson.

4. Any and all administrative incident reports or investigations regarding this incident.

**The Clerk shall further provide a copy of the Complaint (Doc. No. 1) and this Order to Harris County Attorney Christian Menefee, 1019 Congress, 15th Floor, Houston, TX 77002, by certified mail, return receipt requested, and to Harris County Attorney's Office, Attn: Federal Trial Division Chief, 1019 Congress Street, 15th Floor, Houston, Texas 77002, phone (713) 755-7184, fax (713) 755-8924.**

The Clerk will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, this ___20th___ day of ~~August~~ October 2022.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE