

OFFICE OF THE
HARRIS COUNTY ATTORNEY
**CHRISTIAN D. MENEFEE**

June 14, 2023

*Via USPS Express Mail*
Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re:   Civil Action No. 4:22-cv-03451; Roy Thompson v John Doe #1; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Ochsner:

   Please file, under seal, the attached, a thumb drive containing documents labeled Exhibit L to Amicus Curiae, Harris County Attorney's Office's Martinez Report Filed Under Seal of Court [DOC. #19] in the above-referenced case.

Very truly yours,

*/s/ Amy Magness VanHoose*
AMY MAGNESS VANHOOSE
Senior Assistant County Attorney
Texas State Bar No. 24042085
Federal I.D. No. 560463
1019 Congress
Houston, Texas 77002
(713) 274-5136 (telephone)
Amy.VanHoose@harriscountytx.gov
Attorney for Amicus Curiae, Harris County
Attorney's Office

Cc:

Rhonda Hawkins, Case Manager
United States District Clerk's Office
United States Courthouse
515 Rusk Street, Room 9110
Houston, TX  77002