United States District Court
Southern District of Texas
Houston Division

Roy Thompson
Plaintiff,

V.S.

Christopher Ortega,
Jondonavan Vickers-Gilbreath,
Harris County
Defendants.

§
§
§
§
§
§
§
§
§

Civil Action No. H-22-03451

United States Courts
Southern District of Texas
FILED
OCT 02 2023
Nathan Ochsner, Clerk of Court

## Plaintiffs First Amended Complaint

Roy Thompson filed his original Complaint on October 6, 2022, in it he listed as defendants John Doe #1/2 and Harris County Sheriffs Office. I would now like to properly identify John Doe #1 as Christopher Ortega and John Doe #2 as Jondonavan Vickers-Gilbreath. Further Harris County Sheriffs Office cannot be sued and instead am seeking relief from Harris County for Customs and Policies that allow excessive use of Force, and failing to train its jailers. This stems from the January 28, 2022 incident, in which as a Pretrial detainee confined in Harris County Jail, I was attacked by Christopher Ortega and Jondonavan Vickers-Gilbreath. I was denied medical attention for 3 days, at which point I was hospitalized with a double jaw fracture.

Roy Thompson

```
Coy Thompson                           2443652
Moore Unit B1-58
100 North Fm 87
Bonham, TX 75418
P.O. Box 660400
Dallas, TX 75266

-

Legal
```

NORTH TEXAS TX P&DC
DALLAS TX 750
29 SEP 2023 PM 6  L

United States Courts
Southern District of Texas
F I L E D
OCT 02 2023
Nathan Ochsner, Clerk of Court

— CLERK
United States District Court
P.O. Box 61010
Houston, TX 77208

77208-101010