IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROY THOMPSON, §<br>SPN #01988773, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>C. ORTEGA, et al., §<br>§<br>*Defendants.* § | CIVIL ACTION NO. 4:22-CV-03451 |

## DEFENDANT CHRISTOPHER ORTEGA'S
## AMENDED CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Christopher Ortega ("Defendants") hereby submits this Certificate of Interested Parties and would respectfully identify the following as potentially having a financial interest in the outcome of this litigation:

1. Roy Thompson, Pro Se Plaintiff SPN 01988773, 701 N. San Jacinto, Houston, Texas 77002

2. Christopher Ortega (c/o James Butt, Assistant County Attorney, Harris County Attorney's Office, 1019 Congress, Houston, Texas 77002)

Date: December 1, 2023.

                                                  Respectfully submitted,

                                                  **CHRISTIAN D. MENEFEE**
                                                  Harris County Attorney

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS

By: */s/ James C. Butt*
**JAMES C. BUTT**
Sr. Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov

**VERONICA L. JONES**
Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24097902
Federal ID No. 3639763
Tel: (713) 274-5181 (direct)
Veronica.Jones@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

Pro Se Plaintiff
Via CMRRR and regular mail
Roy Thompson #23-5573
805 N. Avenue F
Post, Texas 79356

*/s/ James C. Butt*
James C. Butt