United States District Court
Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED

MAR 19 2024

Nathan Ochsner, Clerk of Court

Roy Thompson §
§
v. §
§
Christopher Ortega, et. al. §
§

Civil Action No.

4:22-CV-03451

## Plaintiffs Response to Defendant Orteses Motion to Stay Proceedings

Plaintiff Roy Thompson, proceeding pro se and in forma pauperis, respectfully submit that this court should Deny Defendant Ortega motion to Stay Proceedings. Plaintiff contends he has a right to have this civil case heard in a timely manner and that any stay would cause unnecessary delay to a resolution in this case. Defendant Ortega is asking for a stay until the Harris County District Attorneys office concludes its criminal investigation. Although the facts of the criminal case and this case may be related, any overlap does not rise to the level necessary to stay the civil case. Pending the outcome of the criminal case. Now it should be noted, at this stage, no charges have been formally filed or no indictment

handed down, and the incident occurred over two years ago. Plaintiff contends that Ortega will not be harmed by proceeding with the civil case, but is simply hoping to bolster it's defense in this civil case by presuming he will not be indicted, therefore clearing him of plot wrongdoing in the criminal case. Defendant Ortega claims the fact that Mr. Thompson continues to be incarcerated supports a stay. Generally, a civil plaintiff has an interest in the prompt resolution of their claims and in obtaining discovery while information is still fresh in witnesses minds. To grant a stay at this time would be premature. This case should continue it's normal flow, expeditiously through the docket, until and if at all it actually becomes a criminal case. For the reasons stated herein, the Plaintiff Roy Thompson requests the court deny a stay of proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Roy Thompson requests that this court continue all proceedings.

Respectfully Submitted,

*Roy Thompson*

Roy Thompson
Plaintiff

Roy Thompson #13414088
P.O. Box 660400
Dallas, TX 75266

LEGAL

U.S. District Court Clerk
Southern District of Texas
P.O. Box 61010
Houston, TX 77208

77208-101010

NORTH TEXAS TX PSDC
6 FEB 2024 PM 6 L
DALLAS TX 750

United States Courts
Southern District of Texas
FILED
MAR 19 2024
Nathan Ochsner, Clerk of Court