United States District Court
Southern District of Texas
Houston Division

Roy Thompson,
Plaintiff

V.

Christopher Ortega, et al.
Defendants

§
§
§
§
§
§
§
§

Civil Action No.
4:22-CV-03451

United States Courts
Southern District of Texas
FILED
APR 17 2024
Nathan Ochsner, Clerk of Court

## Plaintiffs Notification of Address Change

I, Plaintiff Roy Thompson, Proceeding Pro Se and in forma Pauperis, would like to update the court with a new physical address. All future correspondence involving this civil matter shall be mailed to me at:

Roy Thompson #2442552
3801 Silo Rd.
Bonham, TX 75418


Roy Thompson,
Plaintiff

Case 4:22-cv-03451   Document 53   Filed 04/17/24 in TXSD   Page 2 of 2

Roy Thompson #2442552
3801 Silo, Rd.
Bonham, TX 75418

NORTH TEXAS TX P&DC
DALLAS TX 750
15 APR 2024  PM 5  L

United States Courts
Southern District of Texas
FILED

APR 17 2024

Nathan Ochsner, Clerk of Court

FREEDOM
FOREVER/USA

LEGAL

CLERK,
United States District Court

P.O. Box 61010
Houston, TX 77208

77208-101010