**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ROY THOMPSON,**<br>**SPN #01988773,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:22-CV-03451** |
| **C. VICKERS, et al.,** | § § § | |
| *Defendants.* | § | |

**JOINT STATEMENT REGARDING MEDIATION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Per the Court's Order dated November 4, 2025 (Docket Entry (DE) 90), the parties submit this Joint Statement Regarding Mediation:

**DEFENDANTS' STATEMENT:**

Early mediation would be beneficial.

Mr. Butt is scheduled to be in trial on December 1, 2025, and on December 5, 2025.

Ms. Jones is scheduled for trial for the two week period beginning December 8, 2025, and January 5, 2026.

Consequently, if the Court will stay all proceedings and discovery pending mediation, a settlement conference in February 2026 is feasible.

Defendants' respectfully request Magistrate Judge Peter Michael Bray for the settlement conference.

**PLAINTIFF'S STATEMENT:**

Similar, to the Defendants, if the Court will stay all proceedings and discovery pending mediation, a settlement conference in February 2026 is feasible, or even March 2026.

1

Plaintiff's attorneys are scheduled for trial on December 15, 2025, and it is expected to last at least the entire week.

Plaintiff's attorneys are scheduled for trial for the two week period beginning January 5, 2026, through January 16, 2026.

Plaintiff's attorneys are scheduled for trial for the two week period starting January 12, 2026, through January 23, 2026.

Plaintiff's attorneys have two trial settings scheduled for the two week period starting January 20, 2026, through February 3, 2026.

Plaintiff, also, respectfully requests Magistrate Judge Peter Michael Bray for the settlement conference.

Date: December 3, 2025

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST
ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By:    */s/ Frank Ford*
**FRANK FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642
Phone: (832) 570-7582 (direct)
Frank.ford@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**

2

1019 Congress
Houston, Texas 77002
**Attorney for Defendant Jondonavan Vickers-Gilbreath**

By:　*/s/ James C. Butt*
　　　**JAMES C. BUTT**
　　　Assistant County Attorney
　　　ATTORNEY-IN-CHARGE
　　　State Bar No. 24040354
　　　Fed. Bar No. 725423
　　　Phone:　(713) 274-5133 (direct)
　　　james.butt@harriscountytx.gov

　　　**OFFICE OF THE HARRIS COUNTY ATTORNEY**
　　　1019 Congress
　　　Houston, Texas 77002
　　　Tel: (713) 274-5133 (direct)

　　　**ATTORNEYS FOR DEFENDANT
　　　HARRIS COUNTY**

By:　*/s/Veronica L. Jones*
　　　**VERONICA L. JONES**
　　　Assistant County Attorney
　　　**ATTORNEY-IN-CHARGE**
　　　State Bar No. 24097902
　　　Federal ID No. 3639763
　　　Tel: (713) 274-5181 (direct)
　　　Veronica.Jones@harriscountytx.gov

　　　**Office of The Harris County Attorney**
　　　1019 Congress
　　　Houston, Texas 77002
　　　**Attorney for Defendant Christopher Ortega**

By:　*/s/ M. Obaid Shariff*
　　　M. Obaid Shariff
　　　Federal I.D. No. 2827312
　　　Texas Bar No. 24091135
　　　The Shariff Law Firm, PLLC.
　　　2500 West Loop South, Suite 300
　　　Houston, Texas 77027
　　　(713) 244-8392 (Telephone)
　　　**ELECTRONIC SERVICE VIA:**
　　　eservice@sharifflawfirm.com
　　　**ATTORNEY FOR PLAINTIFF**

3

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for those listed of record who receive electronically filed documents.

/s/ Jim Butt
Jim Butt