United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY THOMPSON,<br>SPN #01988773 | § § § | |
| VS | § | CIVIL ACTION NO. H-22-3451 |
| C. VICKERS, *et al* | § § § | |

### ORDER ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached . The Court

will retain this matter on the docket in order for the parties to file their settlement documents.  All

deadlines and hearings are terminated.  Parties should submit their agreed upon judgment in the next

ninety days.

**SO ORDERED**.

SIGNED on this ____25th____ day of June 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE